UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ARIAS AND DANIEL MEJIA,

    Plaintiff,

-against-

A & J DELI FISH CORP. doing business as AURORA FISH GRILL, and JULIO CASTILLO,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/19

19-CV-4042 (ALC)(BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a telephonic conference on **December 6, 2019, at 1:30 p.m.** The parties are directed to call (212) 805-0228 a few minutes before 1:30 p.m., with all attorneys on one telephone line. The purpose of the conference is to determine whether the December 10, 2019 in-person settlement conference should proceed. The parties and their counsel are reminded that until and unless the settlement conference is adjourned, they are obligated to comply with all provisions of the Court's October 23, 2019 Order Scheduling Settlement Conference (Dkt. No. 24), including the requirement that the parties "conduct at least one good-faith settlement discussion, in person or by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," and that "[p]ast settlement negotiations may not be relied upon to satisfy this requirement." *Id.* ¶ 2. There is no requirement that either plaintiffs or defendants go first.

Dated: New York, New York
     December 4, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**