UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ARIAS AND DANIEL MEJIA,

          Plaintiff,

-against-

A & J DELI FISH CORP. doing business as
AURORA FISH GRILL, and JULIO
CASTILLO,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 | 6 | 19

19-CV-4042 (ALC) (BCM)

**ORDER**

## BARBARA MOSES, United States Magistrate Judge.

By consent of the parties, the status conference scheduled for December 10, 2019, at 2:00
p.m., and the settlement conference scheduled for December 10, 2019, at 2:15 p.m., are
ADJOURNED *sine die*.

Judge Moses will conduct a status conference on **January 28, 2020, at 10:30 a.m.** One
week prior to that date, on **January 21, 2020,** the parties shall submit a joint status letter
outlining the progress of discovery to date, as well as any settlement efforts. If no discovery
controversies exist at that time, the parties may request that the conference be held
telephonically.

Dated: New York, New York
      December 6, 2019

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**