USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ARIAS, et al.,

    Plaintiffs,

-against-

A & J DELI FISH CORP., et al.,

    Defendants.

19-CV-4042 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The initial conference scheduled for **March 24, 2020, at 11:30 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 16, 2020

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**