UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/10/2020__

ARIAS, ET AL.,

                **Plaintiffs,**

                -against-

A&J DELI FISH CORP. *d/b/a* AURORA FISH GRILL, ET AL.,

                **Defendants.**

**19-cv-04042 (ALC) (BCM)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On June 19, 2020, a Clerk's Certificate of Default was filed in this matter. ECF No. 47. By no later than August 19, 2020, Plaintiffs shall file a status report indicating whether they intend to move for default judgment, and if so, proposing a briefing schedule.

**SO ORDERED.**

**Dated**:   August 10, 2020
            New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**