**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

    **ARIAS, ET AL.,**               :

                    **Plaintiffs,**    :

                              :

        **-against-**            :

                              :

  **A & J DELI FISH CORP ET. AL., ,**   :

                              :

                  **Defendants.**   :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ____10/2/2020_____

**1:19-cv-04042-ALC-BCM**

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

      On May 6, 2019 Plaintiffs filed the complaint initiating this action. (ECF 1). Service of the summons and complaint was accepted by counsel for defendant(s) on May 22, 2019 and Defendants filed an answer to the complaint on September 16, 2019 (ECF No. 18). Counsel for Defendants withdrew as counsel on February 20, 2020. (ECF No. 35). On June 19, 2020, Plaintiffs obtained a clerk's certificate of default. On September 21, 2020. (ECF No. 46). Plaintiffs filed a Motion for Default Judgment against Defendants. (ECF No. 51).

      Defendants are hereby ORDERED TO SHOW CAUSE why default judgment should not be entered, pursuant to Federal Rule of Civil Procedure 55. Such showing shall be made in writing filed on or before Friday, October 23, 2020.   Any failure by Defendants to make this showing may result in entry of default judgment.

      Plaintiffs are directed to serve this order on Defendants by October 7, 2020 and file proof of service on ECF by that date.

**SO ORDERED.**

**Dated:**   October 2, 2020                     _____

**New York, New York**                              **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**