```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ARIAS, ET AL.,                                    :
                          Plaintiffs,             :
                                                  :
             v.                                   :
                                                  :
A & J DELI FISH CORP, ET AL.,                     :
                                                  :
                          Defendants.             :
                                                  :
                                                  :
-----------------------------------------------------------------:
                                                  : x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/30/2020__

1:19-cv-04042-ALC-BCM
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On May 6, 2019 Plaintiffs filed the complaint initiating this action. (ECF 1). Service of the summons and complaint was accepted by counsel for defendant(s) on May 22, 2019 and Defendants filed an answer to the complaint on September 16, 2019 (ECF No. 18). Counsel for Defendants withdrew as counsel on February 20, 2020. (ECF No. 35). On June 19, 2020, Plaintiffs obtained a clerk's certificate of default. On September 21, 2020. (ECF No. 46). Plaintiffs filed a Motion for Default Judgment against Defendants. (ECF No. 51). Defendants were required to respond by October 23, 2020. To date, Defendants have not responded.

Upon the Declaration of Louis Pechman, dated September 21, 2020, and the accompanying exhibits; the Declaration of Manuel Arias, date September 18, 2020; and the Declaration of Daniel Meija, dated September 18, 2020, the Court hereby GRANTS Plaintiffs' motion for default judgment as to liability. The Court will refer the issue of damages to Judge Moses by the contemporaneously filed Amended Order of Reference. Plaintiffs are directed to serve this Order on Defendants and file proof of service by November 13, 2020.

**SO ORDERED.**
**Dated: October 30, 2020**
     **New York, New York**

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**