# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/20

November 5, 2020

**VIA ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re:  *Arias, et al. v. A & J Deli Fish Corp., et al.*
           19 Civ. 04042 (ALC) (BCM)

Dear Judge Moses:

    We represent plaintiffs Manuel Arias and Daniel Mejia ("Plaintiffs") in the above-referenced matter. We submit this letter to respectfully request an extension of time to submit the Proposed Findings of Fact and Conclusions of Law in accordance with Your Honor's Order dated November 2, 2020 (ECF No. 59). We request this extension because I, Laura Rodriguez, the principal attorney on this case, will be on maternity leave starting Monday, November 9, 2020.

    Your Honor's Order states that the documents are currently due on January 7, 2021. We respectfully request that an extension be granted through March 12, 2021 so that I may prepare and file the submissions after I return from leave. I have been the principal attorney on this case since its filing and am most familiar with the facts, which is why I request permission to personally prepare and submit the Proposed Findings of Fact and Conclusions of Law after my leave has ended.

    This is the first extension request by either party. Defendants, who are currently proceeding *pro se*, will receive a copy of this letter via U.S. mail to inform them of the extension request.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

Laura Rodriguez

---

Application GRANTED. Plaintiffs shall submit the Proposed Findings of Fact and Conclusions of Law no later than **March 12, 2021**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
November 6, 2020