```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL ARIAS, et al.

                    Plaintiffs,

          -against-

A & J DELI FISH CORP., et al.

                  Defendants.

19-CV-4042 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiffs' Proposed Findings of Fact and Conclusions of Law (Dkt. No. 63), which was served on defendants on March 12, 2021. (*See* Dkt. No. 64.) No later than **April 12, 2021**, defendants shall serve upon plaintiffs' counsel and file with the Court their responses, if any, to plaintiffs' Proposed Findings of Fact and Conclusions of Law and supporting materials.

Dated: New York, New York
       March 15, 2021

                                   **SO ORDERED**.

                                   _____

                                   **BARBARA MOSES**
                                   **United States Magistrate Judge**