UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MANUEL ARIAS, et al.,

                Plaintiffs,                            19 **CIVIL** 4042 (ALC)(BCM)

       -against-                                   **JUDGMENT**

A&J DELI FISH CORP. d/b/a AURORA FISH
GRILL, et al.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 26, 2024, the Court has ADOPTED Magistrate Judge Moses's R&R. Plaintiffs are awarded damages in the aggregate amount of $174,646, plus prejudgment interest, as follows: For Manuel Arias: $72,582 in unpaid minimum and overtime wages, $72,582 in liquidated damages for the unpaid minimum and overtime wages, $1,224 in unpaid spread of hours pay, $1,224 in liquidated damages for unpaid spread of hours pay, and prejudgment interest in the amount of $18.20 per day from December 13, 2016, until the date of entry of judgment, in the amount of $48,994.40. For Daniel Mejia: $13,517 in unpaid minimum and overtime wages, $13,517 in liquidated damages for the unpaid minimum and overtime wages, and prejudgment in the amount of $3.33 per day from October 23, 2017, until the date of entry of judgment, in the amount of $7,918.74. In addition, plaintiffs are awarded $34,320 in attorneys' fees and $400 in costs. The judgment should run jointly and severally against defendants A&J Deli Fish Corp. d/b/a Aurora Fish Grill and Julio Castillo; accordingly, the case is closed.

Dated:  New York, New York

      April 26, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                        **BY:**      *K. Mango*
                                                        **Deputy Clerk**