ABSTRACT OF JUDGMENT

**Re:** Manuel Arias et ano. v. A&J Deli Fish Corp. d/b/a Aurora Fish Grill and Julio Castillo

**Case Number:** 19 Civ. 04042 (ALC) (BCM)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| A&J Deli Fish Corp. d/b/a Aurora Fish Grill<br>Julio Castillo | Manuel Arias<br>Daniel Mejia<br>Addresses:  c/o Pechman Law Group PLLC |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $267,453.23 | Louis Pechman, Esq.<br>Gianfranco J. Cuadra, Esq.<br>Pechman Law Group PLLC<br>488 Madison Avenue, 17th Floor<br>New York, NY 10022 | April 26, 2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York        , New York

**RUBY J. KRAJICK, Clerk of Court**

_____

**By,** Deputy Clerk